United States District Court
Southern District of Texas
**ENTERED**
April 25, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | 4:22-CR-00577 |
| § | |
| V. § | |
| § | |
| § | |
| JCOI BARLEY, et al. § | |
| § | |

## ORDER

Pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A), the Court finds that the ends of justice will be served by allowing the defendants additional time in which to prepare this case, and these findings outweigh the best interest of the public and the defendant in a speedy trial. The Court's basis for this finding is that the failure to grant a continuance, in this case, would deny counsel for the defendants the reasonable time necessary for effective preparation and for effective assistance of counsel, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(B)(iv).

Accordingly, it is ordered that the Defendants' unopposed joint motion for continuance, Docket # _145_, is GRANTED, and the time between ___April 25, 2024___ is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h).

Motion filing due ___September 20, 2024___.

Responses due  October 4, 2024                .
Pretrial Conference set  October 16, 2024 at 10:00 A.M.
Jury Trial set  October 21, 2024 at 9:00 A.M.   .

Signed on  25th  day of  April           , 2024.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE