Case 4:22-cr-00577   Document 170   Filed on 09/17/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § 4:22-CR-00577 |
| V. | § |
| | § |
| JCOI BARLEY | § |
| TERRELL DAVIS | § |
| CHASE FRANKLIN WILLIAMS | § |
| JAKOBE ANDERSON | § |
| MARKEL BROWN | § |
| TERRY ARDOIN | § |
| TRAVONTE ARDOIN | § |
| EMERY GOODLEY | § |
| JYMONTE MCCLENDON | § |

## ORDER

Pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(7)(A), the Court finds that the ends of justice will be served by allowing the defendants additional time in which to prepare this case, and these findings outweigh the best interest of the public and the defendant in a speedy trial. The Court's basis for this finding is that the failure to grant a continuance, in this case, would deny counsel for the defendants the reasonable time necessary for effective preparation and for effective assistance of counsel, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(B)(iv).

Accordingly, it is ordered that the Defendants' unopposed joint motion for continuance, Docket # 168 is GRANTED.

MOTIONS will be filed no later than            December 6, 2024

RESPONSES will be filed no later than          December 20, 2024

PRETRIAL CONFERENCE will be held          January 22, 2025
    before Judge Andrew S. Hanen, Courtroom 9D at **8:30 AM**

JURY SELECTION and TRIAL is scheduled     January 27, 2025
    before Judge Andrew S. Hanen, Courtroom 9D at **9:00 AM**

SIGNED: September ___17___, 2024

                                                    **Andrew S. Hanen**
                                                    **United States District Judge**