United States Courts
Southern District of Texas
FILED

JAN 13 2026

Nathan Ochsner, Clerk of Court

United States District Court for the
Southern District of Texas
Houston Division

**UNITED STATES OF AMERICA**

v.                                                 No. 4:33-cr-00577-1

**JCOI BARLEY, Defendant**

## DEFENDANT'S PRETRIAL MOTIONS

**TO THE HONORABLE DISTRICT COURT:**

COMES NOW the Defendant, Jcoi Barley ("Barley"), through the undersigned court-appointed counsel and respectfully submits the following pretrial motions.

1. This multi-defendant case concerns an alleged conspiracy to engage in ongoing distribution of narcotics in the Southern District of Texas and an alleged conspiracy to violate the Hobbs Act by robbing a narcotics "stash house" within the City of Houston, in the Southern District of Texas, the objective being to take drugs and/or drug proceeds.

2. Discovery up to this point indicates that neither Barley nor any other alleged conspirator ever carried the alleged conspiracy to fruition. Barley himself never set foot inside the house or at the entry to the house, because a police chase caused the plan to unravel. No one other than another person who claimed to be involved in the conspiracy ever even saw the caretaker of the house, who was supposed to be the primary target of violence.

3. When a conspiracy is alleged, statements in furtherance of the conspiracy become admissible, *if* by the end of trial, the cumulative evidence does indicate that such a conspiracy did in fact exist. If the judge of the court is not satisfied that the alleged conspiracy is established beyond a reasonable doubt, then (and therefore there is doubt whether a statement was made in furtherance of a conspiracy) then a cautionary jury instruction may be necessary. There simply is no way to know before all of the evidence is heard.

4. Barley requests that the jury be given the Fifth Circuit pattern instruction defining the reasonable doubt standard.

5. Barley also adopts all procedural motions filed by other defendants at trial.

Wherefore Barley requests relief under this motion.

                Respectfully submitted,

                /s/ *Winston E. Cochran, Jr.*
                Winston E. Cochran, Jr
                Texas Bar No. 04457300
                P. O. Box 2495
                League City, TX 77574
                Tel. (713) 228-0264
                Email. winstoncochran@comcast.net

                Counsel for the Defendant

## CERTIFICATE OF SERVICE

I, the undersigned counsel for the Defendant, hereby certify that a copy of this motion has been electronically served on counsel for the United States at the following address on this the 6th day of January, 2026.

> Benjamin Hunter Brown
> Assistant United States Attorney
> Southern District of Texas
> 1000 Louisiana Street, Ste 2300
> Houston, TX 77002
> Email: Benjamin.brown@doj.gov

> /s/ *Winston E. Cochran, Jr*
> Winston E. Cochran, Jr.
> Counsel for the Defendant